PUBLIC OPERATING CORPORATION, Respondent, *v.* BROOKLYN TRUST COMPANY, Appellant.

Argued May 17, 1943; decided June 18, 1943.

*John J. Bennett, Howard F. R. Mulligan, George O. Lehmann* and *Walter F. O'Malley* for appellant.

*I. Maurice Wormser* and *Samuel Rubin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.